# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 22-CR-00036-TFM |
| | ) |
| MARCUS MAURICE DRYER | ) |

## FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following property:

**$14,000.00, more or less, in U.S. currency**

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth herein and as set out below:

On August 22, 2022, the United States filed a motion for preliminary order of forfeiture for the currency. In that motion, the United States established the defendant's interest in the property and the nexus between the property and the defendant's conviction as to Count One of the Indictment, a violation of 21 U.S.C. § 846. On August 29, 2022, pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b), the Court entered a preliminary order of forfeiture for the currency. Doc. 75, PageID.168–71.

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the currency, on the official government website, www.forfeiture.gov, beginning on November 3, 2022, and ending on December 2, 2022. The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, Alabama 36602, and a copy served upon Assistant

United States Attorney Justin D. Roller, 63 South Royal Street, Suite 600, Mobile, Alabama 36602, a petition to adjudicate their interest within 60 days of the first date of publication. Doc. 94, PageID.260–62. No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the currency became final as to the defendant, Marcus Maurice Dryer, at the time of sentencing and was made a part of the sentence and included in the judgment. Doc.92, PageID.253.

Thus, the United States has met all statutory requirements for the forfeiture of the currency, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**. Under 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the currency is **CONDEMNED, FORFEITED and VESTED** in the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the Drug Enforcement Administration or other duly authorized federal agency take the currency into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7), the United States of America has clear title to the currency and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the Drug Enforcement Administration or other duly authorized federal agency is hereby authorized to dispose of the currency in accordance with the law; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 31st day of March 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE